UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62506 (FAM)(LFL)

JULIE SIEGMUND and SETH LIPNER, as Successor Co-Trustees of THE FREDERICK SIEGMUND LINKWELL CORP. CLAIMS LIVING TRUST DATED JULY 31, 2018, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

XUELIAN BIAN, WEI GUAN, SIDLEY AUSTIN LLP, SHANGHAI YINLING ASSET MANAGEMENT CO., LTD., LEADING FIRST CAPITAL LIMITED and LEADING WORLD CORPORATION,

Defendants.
_____________________________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS, APPROVAL OF FORM AND MANNER OF CLASS NOTICE, AND DATE FOR HEARING ON FINAL APPROVAL OF SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs Julie Siegmund and Seth Lipner, as Successor Co-Trustees of The Frederick Siegmund Linkwell Corp. Claims Living Trust dated July 31, 2018 ("Plaintiffs"), hereby move for leave to exceed the page limit set forth by Local Rule 7.1(c)(2) of the United States District Court for the Southern District of Florida, in connection with their Unopposed Motion for Preliminary Approval of Class Settlement, Preliminary Certification of Class, Approval of Form and Manner of Class Notice, and Date for Hearing on Final Approval of Settlement and Incorporated Memorandum of Law ("Preliminary Approval Motion"), and in support thereof state as follows:

1. Plaintiffs have reached a settlement of this action with Defendants Xuelian Bian, Wei Guan, and Sidley Austin LLP ("Sidley"). In the Preliminary Approval Motion, Plaintiffs

seek, *inter alia*, the Court's preliminary approval of the settlement between the parties, preliminary certification of a settlement class, and approval of class notice.

2. To set forth all relevant terms of the settlement, and the factual and legal ground related to preliminary approval of the settlement, preliminary certification of a settlement class, and approval of class notice, the Preliminary Approval Motion will exceed the 20-page limit of Local Rule 7.1(c)(2). Accordingly, Plaintiffs request an extension of the page limit to 25 pages for the Preliminary Approval Motion.

3. This request is made in good faith and for good cause.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certify that they have conferred in good faith with counsel for Defendants Xuelian Bian, Wei Guan, and Sidley Austin LLP to resolve the issues raised in this motion, and state that the relief sought is not opposed.

Dated: May 17, 2019

**FISCHLER & FRIEDMAN, P.A.**

By: /s/ Michael A. Fischler
Michael A. Fischler
Attorney Bar Number: 255531
1000 South Andrews Avenue
Fort Lauderdale, FL 33316
(954) 763-5778
michael@ffpa-law.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Charles J. Hecht
Daniel W. Krasner
Malcolm T. Brown
Daniel Tepper
270 Madison Avenue
New York, NY 10016
(212) 545-4600
hecht@whafh.com
krasner@whafh.com
brown@whafh.com
tepper@whafh.com

*Counsel for Plaintiff and the Successor Co-Trustees of the Siegmund Trust*

/804399

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system thereby causing electronic notice of the same to be provided to all counsel of record.

/s/ Michael A. Fischler, Esq.
Michael A. Fischler
Attorney Bar Number**:** 255531